**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| Rhoda Fuller, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 3:14-cv-00271 |
| Midland Credit Management, Inc., | : |
| Defendant. | : |

**CERTIFICATE OF INTERESTED PARTIES**

NOW COMES Jody B. Burton and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

    Rhoda Fuller, Plaintiff
    Dallas, Texas

    Jody B. Burton, Esq.
    CT Bar # 422773
    LEMBERG LAW L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    E-mail: jburton@lemberglaw.com

    14785 Preston Road, Suite 550
    Dallas, Texas  75154
    Attorneys for Plaintiff

Dated: January 23, 2014

                                  Respectfully submitted,

                                  By */s/ Jody B. Burton*

Jody B. Burton, Esq.
CT Bar # 422773
LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: jburton@lemberglaw.com

14785 Preston Road, Suite 550
Dallas, Texas 75154
Attorneys for Plaintiff